UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Michael Geren** ) | **Case No.  05-62655** |
| ) | |
| **Debtor** ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 106000

     Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $17.18 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Northwest Psychological Resources filed a proof of claim on July 12, 2005.

3. That your Trustee attempted to make payment on said claim in January 2010 in the amount of $17.18 and said payment remains uncashed.

     WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $17.18 into U.S. Treasury Fund 106000 on behalf of creditor Northwest Psychological Resources whose last know address was 945 - 11th Avenue, Suite B, Longview, WA 98632.

     /s/ Paul R. Chael
     Paul R. Chael, Trustee
     401 W. 84th Drive, Suite C
     Merrillville, IN 46410
     (219) 650-4015

### CERTIFICATE OF SERVICE

     I hereby certify that on May 5, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

     /s/ Paul R. Chael
     Paul R. Chael, Trustee
     Indiana Attorney #3881-45

Distribution:

Michael Geren, 4536 West Elly Road, Apartment 603, Hannibol, MO 63401